Madeline S. Stout, appellee, v. Eric G. Zetterlund, appellant. Gen. No. 31,892.

Forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed November 15, 1927.

M. M. Jacobs, for appellant. Ernest Stout, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Morris Feldman, trading as M. Feldman & Sons, plaintiff and appellant, v. Harry Jacobs and Alec Shaps, defendants. Morris Mandelowitz, garnishee, appellee. Gen. No. 31,908.

Garnishment proceeding. Judgment discharging garnishee. Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Reversed. Opinion filed November 15, 1927.

William Feldman, for appellant. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

John O. Carlson, appellee, v. Frank J. O'Donnell, appellant. Gen. No. 31,928.

Assumpsit for breach of written contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed. Opinion filed November 15, 1927.

Deming, Jarrett & Mulfinger, for appellant. Le Roy V. Penwell, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Lincoln Brooke, appellee, v. Charles H. Schweppe et al., trading as Lee, Higginson & Company, appellants. Gen. No. 31,555.

Assumpsit for breach of oral contract. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed November 15, 1927. Rehearing denied November 28, 1927.

Isham, Lincoln & Beale and Gardner, Foote, Burns & Morrow, for appellants; Cyrus H. Adams, Jr., William A. Morrow and Walter M. Fowler, of counsel. Alden, Latham & Young, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.